UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR WAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 5:16-cv-00965-LHK<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S NOTICE OF AND REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

### [PROPOSED] ORDER

Based upon Plaintiff's Voluntary Dismissal, and good cause, this Court hereby orders this action to be, and is, dismissed without prejudice. Each side shall bear its own attorneys' fees and costs. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: March 30, 2016

*Lucy H. Koh*

HONORABLE LUCY H. KOH
U.S. DISTRICT COURT JUDGE